United States Court of Appeals

FOR THE EIGHTH CIRCUIT

_____

No. 97-1098

_____

George B. Ornduff, Jr.,                     *
                                            *
          Appellant,                        *
                                            *
     v.                                     *
                                            *
Steven R. Hahn; David A. Hirsch; Frank      *
S. Gersh; Pat Gunnells; Rasiklal V.         *   Appeal from the United States
Patel; Dr. Blanco; Peter Badami;            *   District Court for the
Unknown Police Officer; Russell J.          *   Southern District of Iowa.
Hill; George Williamson; Gary Bryan;        *      [UNPUBLISHED]
Harlan Pratt; James P. Donlan; Linda        *
Burnett; Gene Shepard; Linda R. Reade;      *
Mary Luxa; William G. Brewer; David         *
Shinkle; Thomas Kucharski; Ruth             *
Westrick; Dr. Conroy; Patricia Cangemi;     *
Katherine D. Roe; Paul Engh; Jay H.         *
Lucas; Carl Malmquist; Eunice McCamy;       *
                                            *
          Appellees.                        *

_____

Submitted: September 5, 1997
     Filed:  September 10, 1997

_____

Before FAGG, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

George B. Ornduff, Jr. alleged violations of the Federal Tort Claims Act; 42 U.S.C. §§ 1983, 1985, 1986, and 1988; and <u>Bivens v. Six Unknown Named Agents of the Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). He appeals from the district court's[1] dismissal of this action. Having carefully reviewed the record, we conclude that dismissal was correct. Accordingly, we affirm the judgment of the district court. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri sitting by designation in the Southern District of Iowa; Chief Judge Richard S. Arnold assigned this case to Judge Stohr pursuant to 28 U.S.C. § 292(b).